# AMENDED COMPLAINT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'25 OCT 27 AM 9:57

HD

Rcv'd by: _____

Daquan Tirell Boone, Plaintiff,

v.

Civil Action No.: BAH-25-2663

Cecil County Pretrial Services

M. McCain, Pretrial Case Manager

Jonathan Reilly, Director, Cecil County Community Corrections

Matthew Carr, Warden, Cecil County Detention Center

Daniel Burton, Captain, Cecil County Detention Center

Defendants.

---

AMENDED COMPLAINT

(42 U.S.C. § 1983 – Violation of Civil Rights)

## I. JURISDICTION AND VENUE

This action is brought pursuant to 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments to the United States Constitution. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343. Venue is proper in this district because the events giving rise to this claim occurred in Cecil County, Maryland.

## II. PARTIES

Plaintiff: Daquan Tirell Boone, Cecil County, Maryland.

Defendants:

1. Cecil County Pretrial Services, a subdivision of Cecil County Community Corrections

2. M. McCain, Pretrial Case Manager, Cecil County Community Corrections (Pretrial Services Division)

3. Jonathan Reilly, Director, Cecil County Community Corrections (Pretrial Services Division)

4. Matthew Carr, Warden, Cecil County Detention Center

5. Daniel Burton, Captain, Cecil County Detention Center

All defendants were acting under color of state law during the events described below.

III. FACTS

1. On January 23, 2025, Plaintiff was released on bond under Pretrial Level 3 supervision with GPS monitoring. The only condition of release was to stay away from 126 Goldspire Drive, Elkton, Maryland.

2. On February 25, 2025, Defendants M. McCain and Jonathan Reilly knowingly submitted a false violation report, claiming Plaintiff entered the exclusion zone at 126 Goldspire Drive.

3. The violation report was unverified and inaccurate, but it was used to request termination of Plaintiff's pretrial release, resulting in the Circuit Court for Cecil County issuing a bench warrant for Plaintiff's arrest.

4. Plaintiff was arrested and detained without bond at the Cecil County Detention Center despite not violating any terms of release.

5. While detained, Plaintiff informed Warden Matthew Carr and Captain Daniel Burton that his incarceration was based on a false report and invalid warrant. Both had the

authority to verify his status and contact Pretrial Services but failed to act, leaving Plaintiff unlawfully confined.

6. Plaintiff remained wrongfully jailed until the error was later corrected by the court. On July 28, 2025, Plaintiff was found not guilty on all charges.

7. As a result, Plaintiff suffered loss of liberty, emotional distress, and humiliation caused directly by the defendants' conduct.

## IV. CLAIMS FOR RELIEF

Count I – Violation of the Fourth Amendment

Defendants Cecil County Pretrial Services, McCain, and Reilly, acting under color of law, caused Plaintiff to be seized and detained without probable cause by submitting and approving false information. This constitutes an unlawful seizure in violation of the Fourth Amendment.

Count II – Violation of the Fourteenth Amendment (Due Process)

Defendants' actions deprived Plaintiff of his liberty without due process of law by creating and approving false reports that led to his incarceration. Defendants Carr and Burton were deliberately indifferent to Plaintiff's wrongful detention when informed of the false warrant but failed to take corrective action.

## V. INJURIES

As a result of these actions, Plaintiff suffered wrongful imprisonment, loss of liberty, severe emotional distress, mental anguish, and humiliation. No physical injuries required medical treatment, but the emotional harm was significant and ongoing.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

Respectfully submitted,

/s/ Daquan Tirell Boone

Pro Se Plaintiff

126 Goldspire Dr

Elkton, MD 21921

443-207-2087

daquanboone14@gmail.com

Date: October 27, 2025

*[signature]*

1.    Award compensatory and punitive damages in the amount of $1,000,000 for violation of Plaintiff's constitutional rights and emotional harm caused;

2.    Order any other relief the Court deems just and proper, including corrective action or review of Pretrial Services procedures to prevent similar misconduct.

## VII. JURY DEMAND

Plaintiff requests a trial by jury on all issues so triable.

Respectfully submitted,
**Daquan Tirell Boone**
Plaintiff, Pro Se

Cecil County, Maryland

Date: 10/27/25

*[signature]*

**Attachments / Exhibits**

1. Exhibit 1 – Request for Termination of Pretrial Services (signed by McCain and Reilly)

2. Exhibit 2 – Bench Warrant (Feb 25, 2025)

3. Exhibit 3 – Court Trial Record (July 28, 2025 – Judgment of Acquittal)

4. Exhibit 4 – Letter from Lydia Lawless, Kramon & Graham (June 2, 2025)